Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

NANCY JEAN ROBINETTE

CASE NO: 12-70424-HDH-13
HEARING DATE:  9/18/2013
HEARING TIME:  10:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 008 0 U | ASSET ACCEPTANCE LLC | $984.00 | 013 0 U | FORTIS CAPITAL IV LLC | $4,053.93 |
| 021 0 U | GEMB/OLD NAVY | $12.00 | | | |

**II.**
**SPECIFIC OBJECTIONS**

No Objections

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 012 0 | CITY OF WF, WFISD, WICHITA CO | PROPERTY TAXES | $0.00 | $3,109.54 | | | PD DIRECT BY DEBTOR |
| 016 0 | SANTANDER CONSUMER USA | 2006 FORD 500 | $9,263.05 | $9,492.00 | 6.00% | 60 | $185.92 PAID BY TRUSTE |
| 017 0 * | WELLS FARGO | MORTGAGE ARREARS THRU 11-2012 | $8,106.06 | $131,501.00 | 5.50% | 60 | $165.77 PAID BY TRUSTE |
| 020 0 | WELLS FARGO | DIRECT PMTS BEGIN 12-2012 | $105,346.15 | $131,501.00 | | | PD DIRECT BY DEBTOR |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 | INTERNAL REVENUE SERVICE | 2010-2011 INCOME TAXES | $9,860.84 | | | 60 | $160.56 PAID BY TRUSTE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 010 0 U | CALVARY PORTFOLIO SERVICES | $2,374.73 | 011 0 U | PRA RECEIVABLES MANAGEMENT | $937.07 |
| | *PURCHASES/GE CAPITAL RETAIL* | | | *PURCHASES/CAPITAL ONE* | |
| 014 0 U | PRA RECEIVABLES MANAGEMENT | $763.82 | 022 0 U | INTERNAL REVENUE SERVICE | $15,231.61 |
| | *PURCHASES/GEMB WALMART* | | | *2006-2008 INCOME TAXES* | |
| 023 0 U * | INTERNAL REVENUE SERVICE | $5,291.98 | | | |
| | *PENALTY* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof

of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Beginning 12/5/2012 debtor shall make 10 payments of $1,161.00. Beginning 10/5/2013 debtor shall make 50 payments of $924.00; for a total plan contribution of $57,810.00. Plan pays 100% to general unsecured creditors who timely filed claims.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 9/18/2013 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   8/2/2013                                              /s/ Walter O'Cheskey
                                                              _____
                                                              Walter O'Cheskey
                                                              Chapter 13 Trustee

```
ASSET ACCEPTANCE LLC PO BOX 1630  WARREN MI 48090
BRICE VANDER LINDEN & WERNICK PC 9441 LBJ FREEWAY STE 350  DALLAS TX 75243
CALVARY PORTFOLIO SERVICES ATTENTION: BANKRUPTCY DEPARTMENT 500 SUMMIT LAKE DR STE 400 VALHALLA NY 10595
CAPITAL ONE NA CAPITAL ONE BANK -USA NA PO BOX 30285 SALT LAKE  CITY UT 84130
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
FORTIS CAPITAL IV LLC C/O CURTIS O BARNES PO BOX 1390 ANAHEIM CA 92815
GEMB/OLD NAVY ATTENTION: GEMB PO BOX 103104 ROWSELL GA 30076
GEMB/WALMART DC WALMART/GEMB PO BOX 103104 ROSWELL GA 30076
HSBC/BENEFICIAL HFC ATTN: BANKRUPTCY DEPARTMENT PO BOX 5263 CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
NANCY JEAN ROBINETTE 1 RAIN LILY COURT  WICHITA FALLS TX 76310
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
SANTANDER CONSUMER USA DBA CITIFINANCIAL AUTO CORPORATION PO BOX 560284 DALLAS TX 75356
SANTANDER CONSUMER USA DBA CITIFINANCIAL AUTO CREDIT INC PO BOX 961245 FORT WORTH TX 76161
SANTANDER CONSUMER USA PO BOX 961245  FT WORTH TX 76161
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK ATTN BK DEPT MAC #D3347-014 3476 STATEVIEW BLVD FORT MILL SC 29715
WELLS FARGO BANK NA PO BOX 829009  DALLAS TX 75382
WELLS FARGO BANK NA/WELLS FARGO HOME MTG ATTN: BANKRUPTCY DEPT  MAC X7801-014 3476 STATEVIEW BLVD FORT MILL SC 29715
WELLS FARGO HOME MORTGAGE 8480 STAGECOACH CIR  FREDERICK MD 21701
WELLS FARGO ONE HOME CAMPUS / MAC # X2302-04C BK PMT PROCESSING DES MOINES IA 50328
```