Case No:  12-70424-HDH-13

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

Dallas Division

In re: __NANCY JEAN ROBINETTE__                                          Case No:    __12-70424-HDH-13__

                                                                                                           Chapter:      __13__

Property Address:  __1 RAIN LILY COURT, WICHITA FALLS, TX 76310-3607__

Last four digits of any number you use to
Identify the Debtor's account:                           __1037__

Court Claim No. (if known)    __4-3__

**STATEMENT IN RESPONSE TO NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS UNDER L.B.R. 3002-2**

__WELLS FARGO BANK, N.A.__ AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST __2005-RP1__ ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST
("Creditor") hereby responds to that certain Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears  ("Cure Notice") dated July 24, 2014 and filed as Docket __29__.

**Pre-Petition Amounts Received**                               Applicable option is checked

☑ Agrees that the Trustee has paid the amounts listed on the Cure Notice towards the Creditor's claim.

☐ Disagrees that the Trustee has paid the amounts listed on the Cure Notice towards Creditor's claim. Creditor states that the total amount received as of the date of the Cure Notice is:

Total Amount Due:  $0.00

Attached is an itemized Statement of amounts paid through the date listed on the Statement.

**Post-Petition Amounts Outstanding**                       Applicable option is checked

☐ Agrees that Debtors are current with respect to all post-petition payments, fees and costs, whether paid directly to Creditor or being paid through Debtor's Chapter 13 Plan as of the date of the Cure Notice.

☑ Disagrees that Debtors are current with respect to all post-petition payments, fees and costs as of the date of the Cure Notice and states that the total amount to cure the post-petition arrearage is:

Total Amount Due:  $3,335.10                    *

Attached is an itemized Statement of the post-petition arrearage due and owing through the date listed on the Statement. The outstanding amounts identified on the Statement do not reflect amounts that became or may become due after the date listed therein, including any fees that may have been incurred in the preparation, filing or prosecution of this Cure Notice.

The outstanding amounts identified on the attached Statements may not, due to timing, reflect all payments sent to Creditor as of the date stated therein. In addition, the amounts due may include payments reflected on the Notice of Amount Deemed Necessary to Cure Mortgage Arrears but which have not yet been received and/or processed by Creditor.

Case No: 12-70424-HDH-13

# UNITED STATES BANKRUPTCY COURT

X /s/ ABBEY ULSH          X 09/04/2014
     Signature                                                 Date (MM/DD/YYYY)

| | | | |
|---|---|---|---|
| First Name: **ABBEY** | Middle Name: | | Last Name: **ULSH** |
| Title: **Attorney** | | | |
| Company **BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP** | | | |
| Address **15000 SURVEYOR BLVD SUITE 100** | | | |
| City **ADDISON** | State: **TX** | | Zip: **75001** |
| Phone **(972) 386-5040** | | | |

# UNITED STATES BANKRUPTCY COURT

### CERTIFICATE OF SERVICE

I hereby certify that on September 04, 2014, a true and correct copy of the Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears Under L.B.R. 3002-2 was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH                    09/04/2014
ABBEY ULSH
TX NO. 24051459
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

Case No:  12-70424-HDH-13

# UNITED STATES BANKRUPTCY COURT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
NANCY JEAN ROBINETTE
1 RAIN LILY COURT
WICHITA FALLS, TX 76310

NANCY JEAN ROBINETTE
1 RAIN LILY COURT
WICHITA FALLS, TX 76310-3607

**DEBTOR'S ATTORNEY:**
MONTE J. WHITE
1106 BROOK AVENUE
HAMILTON PLACE
WICHITA FALLS, TX  76301

**TRUSTEE:**
ROBERT B. WILSON
6308 IOLA AVENUE
LUBBOCK, TX  79424

**UNITED STATES TRUSTEE:**
1100 COMMERCE STREET
ROOM 976
DALLAS, TX  75242